**Order entered March 4, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01390-CV

**BRIAN ANTHONY BERARDINELLI, Appellant**

**V.**

**NOVA LYNNE PICKELS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10998**

## ORDER

We **GRANT** appellant's February 27, 2014 motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellant on February 25, 2014 filed as of the date of this order.

/s/ ADA BROWN
JUSTICE